684 A.2d 66

IN THE MATTER OF CHARLES P. WRIGHT,
II, AN ATTORNEY AT LAW.

November 12, 1996.

## ORDER

**CHARLES P. WRIGHT, II** of **BOONTON,** who was admitted to the bar of this State in 1980, having pleaded guilty to an indictment charging him with aggravated sexual assault, a crime of the first degree, in violation of *N.J.S.A.* 2C:14–2a(2), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **CHARLES P. WRIGHT, II,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **CHARLES P. WRIGHT, II,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **CHARLES P. WRIGHT, II,** comply with *Rule* 1:20–20 dealing with suspended attorneys.